■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL ROBERTS, Appellant. [991 NYS2d 902]—

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Arriaga, J.), imposed March 26, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255-256 [2006]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.